UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Louis G. Rasetta, et al.,** | **CIVIL ACTION** |
| Plaintiff | No. 05-10802-NMG |
| V. | |
| **South Shore Crane Rental, Inc.,** | |
| Defendant | |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Louis G. Rasetta, et al.,</u> for an order of default for failure of the defendant <u>South Shore Crane Rental, Inc.</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>15th</u> day of <u> June 2005</u>

SARAH A. THORNTON, CLERK

By: /S/ Craig J. Nicewicz
**Deputy Clerk**

Notice mailed to: all counsel
South Shore Crane Rental, Inc.,
785 Washington Street
South Easton, MA 02375