UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>　　　　　Plaintiffs<br><br>vs.<br><br>SOUTH SHORE CRANE RENTAL, INC.,<br>　　　　　Defendant<br><br>and<br><br>THE COMMUNITY BANK,<br>　　　　　Trustee. | C.A. No. 05-10802 NMG |

**MOTION FOR EXTENSION OF TIME TO FILE
FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al., herein respectfully move this honorable Court for an extension of time until August 31, 2005 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

1.　Despite Defendant's assurances to the contrary, Plaintiffs have not yet received remittance reports detailing fringe benefit contribution amounts owed for the period January, 2005 through the present.

2.　Without such reports, Plaintiffs cannot accurately liquidate the amount owed by the Defendant.

3.As such, Plaintiffs are currently working to schedule an audit of Defendant's payroll records. The right to an audit is provided to Plaintiffs under the terms of Part Two-Article XI, Section 6 of the collective bargaining agreement to which Defendant is signatory, which states that the Trustees or their representatives "shall have the right to inspect at all reasonable times, the individual payroll records and such other records of an Employer as are deemed necessary and pertinent to determine whether such Employer is making due and full payment of its Employer Contributions." See Complaint, Exhibit B.

4.Once this audit has been completed, Plaintiffs will be able to establish a liquidated amount owed and will be prepared to file for the entry of default judgment against Defendant.

WHEREFORE, Plaintiffs seek an extension of time until August 31, 2005 in which to file for Entry of Default Judgment in this matter.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, I.U.O.E. LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated: July 11, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been served by certified and first class mail upon defendant South Shore Crane Rental, Inc. at 785 Washington Street, South Easton, MA 02375 this 11th day of July, 2005.

                                                  /s/ Gregory A. Geiman
                                                  Gregory A. Geiman, Esquire

ARS/gag&ts
3118 05-002/motextim.doc