UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br>        Plaintiffs <br><br> vs. <br><br> SOUTH SHORE CRANE RENTAL, INC., <br>        Defendant <br><br> and <br><br> THE COMMUNITY BANK, <br>        Trustee. | C.A. No. 05-10802 NMG |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Now come the Plaintiffs (hereinafter, the "Funds"), and request the Clerk, pursuant to Rule 55(b)(l), Fed.R.Civ.P., to enter default judgment in favor of the Funds and against Defendant South Shore Crane Rental, Inc. (hereinafter "South Shore"), holding South Shore liable for all unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, and reasonable attorneys' fees and costs as follows:

| | | |
|---|---|---|
| A. | Principal owed to the Funds through July, 2005 | $58,498.38 |
| B. | Prejudgment interest as of May, 2005, on these unpaid contributions as mandated by 29 U.S.C. §1132(g)(2)(B) | $793.83 |
| C. | Interest on late-paid contributions through | $11,308.08 |

January, 2005

| | | |
|---|---|---|
| D. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C)(i) | $793.83 |
| E. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $1,078.00 |
| F. | Costs | $336.33 |
| | **TOTAL** | **$72,808.45** |

As grounds therefore, Plaintiffs state that default has been entered against Defendant for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendant is neither an infant nor an incompetent person.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against South Shore Crane Rental, Inc.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  August 1, 2005

GAG/gag&ts
ARS 3118 05-002/motdefjd.doc

2