UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
        Plaintiffs

vs.

SOUTH SHORE CRANE RENTAL, INC.,
        Defendant

and

THE COMMUNITY BANK,
        Trustee.

C.A. No. 05-10802 NMG

## **DEFAULT JUDGMENT**

Defendant South Shore Crane Rental, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $58,498.38 in unpaid benefit funds contributions; $793.83 in interest on the unpaid contributions; $11,308.08 in interest on late-paid contributions; an additional $793.83 in liquidated damages; and $1,414.33 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

2

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant South Shore Crane Rental, Inc. the principal amount of $58,498.38; prejudgment interest of $12,101.91; liquidated damages of $793.83; and attorneys' fees and costs of $1,414.33, for a total judgment of $72,808.45, with interest as provided by law, which interest rate is effective this date is _____ percent.

_____
The Honorable Nathaniel M. Gorton
United States District Court

Dated: _____

GAG/gag&ts
ARS 3118 05-002/defltjdg.doc