## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

SOUTH SHORE CRANE RENTAL, INC.,
Defendant

and

THE COMMUNITY BANK,
Trustee.

C.A. No. 05-10802 NMG

## AFFIDAVIT OF GINA ALONGI AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1.  My name is Gina Alongi. I am the Administrator of the International Union of Operating Engineers Health and Welfare and Pension Funds.

2.  I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3.  I have caused careful investigation to be made to ascertain whether South Shore Crane Rental, Inc., the above-named defendant, is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

4.  I have also caused careful investigation to be made to ascertain whether South Shore Crane Rental, Inc. is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1ST DAY OF JULY, 2005.
AUGUST

_____
Gina Alongi

ARS/gazdas
5118 05-002/affalongi.doc