UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>SOUTH SHORE CRANE RENTAL, INC., Defendant<br><br>and<br><br>THE COMMUNITY BANK, Trustee. | C.A. No. 05-10802 NMG |

### AFFIDAVIT OF ANNE R. SILLS

1.  My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2.  This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by South Shore Crane Rental, Inc. since on or about January 3, 2005. Since that date, we have incurred legal fees of $1,078.00 and costs of $336.33.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF JULY, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/gag&ts
3118 05-002/affsills.doc