UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>SOUTH SHORE CRANE RENTAL, INC., Defendant<br><br>and<br><br>THE COMMUNITY BANK, Trustee. | C.A. No. 05-10802 NMG |

## DEFAULT JUDGMENT

Defendant South Shore Crane Rental, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $58,498.38 in unpaid benefit funds contributions; $793.83 in interest on the unpaid contributions; $11,308.08 in interest on late-paid contributions; an additional $793.83 in liquidated damages; and $1,414.33 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant South Shore Crane Rental, Inc. the principal amount of $58,498.38; prejudgment interest of $12,101.91; liquidated damages of $793.83; and attorneys' fees and costs of $1,414.33, for a total judgment of $72,808.45, with interest as provided by law, which interest rate is effective this date is _4.32_ percent.

SARAH A. THORNTON, CLERK OF COURT

Dated: _11-10-2005_                              _____, deputy clerk