# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE PRATT-MITRA
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, Jr.
PAUL S. HOROVITZ

* Also Admitted to the
  New Hampshire Bar

** Also Admitted to
   the California Bar

November 16, 2005

Susan Hilton, Administrative Assistant
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Fan Pier
One Courthouse Way
Boston, MA 02210

Re:   Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International
      Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity
      Funds, et al vs. South Shore Crane Rental, Inc.
      C.A. No. 05-10802 NMG

Please issue the enclosed Execution, in the above-captioned matter, and kindly return it in the stamped, self-addressed envelope, enclosed for your convenience. Thank you for your assistance.

Very truly yours,

Gregory A. Geiman

Encl.

GAG/gag&ts
3118 05-002/hilton.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FIRST EXECUTION                                              C.A. NO. 05-10802 NMG

      To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

      WHEREAS, the Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund have recovered judgment against South Shore Crane Rental, Inc. on the 10th day of November, 2005, for the sum of $72,808.45 which represents $58,498.38 in debt (fund contributions), pre-judgment interest in the amount of $12,101.91, liquidated damages in the amount of $793.83, and attorneys' fees and costs in the amount of $1,414.33, as to us appears of record, whereof this First Execution remains to be done,

      WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditors, at the value thereof in money, the aforesaid sums, being a total of $72,808.45, in the whole, with interest thereon at the rate of 4.32% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

      HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

      Dated this 17th day of November, 2005.

SARAH A. THORNTON, CLERK

By: _____
Deputy Clerk

ARS/gag&ts
3118 05-002/execution-first.doc